IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

TIMOTHY PHIPPS, )
)
       Petitioner, )
)
v. ) Case No. CIV-05-493-RAW
)
EDDIE BELL, )
)
       Respondent. )

## JUDGMENT

Pursuant to the Order contemporaneously entered, the Court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 9th DAY OF JANUARY, 2008.**

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma